435 A.2d 247

Commonwealth v. Scott, Appellant.

Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 248

Commonwealth v. Thorton, Appellant.

Petition for Allowance of Appeal Denied Nov. 19, 1981.

Submitted November 14, 1980. Donald R. Calaiaro, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered November 8, 1979 is affirmed.